**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **6:06-MJ-00191 WMW** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs**. | ) | **JUDGMENT** |
| | ) | |
| **LARRY WILLIAMS,** | ) | |
| **Defendant.** | ) | |
| | ) | |
| _____ | ) | |

The trial in this matter having been heard by the undersigned on May 30, 2007, and May 31, 2007, IT IS HEREBY ADJUDGED AND DECREED that Defendant Larry Williams is found to be not guilty on all charges.

IT IS SO ORDERED.

**Dated:    May 31, 2007**        _____/s/  William M. Wunderlich_____
                                    UNITED STATES MAGISTRATE JUDGE